**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**JASON SCHOOLING, AMANDA SCHOOLING AND**
**BEAU SCHOOLING, A MINOR,**
**BY AND THROUGH HIS NATURAL GUARDIANS,**
**JASON SCHOOLING AND AMANDA SCHOOLING**                    **PLAINTIFFS**

**VERSUS**                         **CIVIL ACTION NO. 1:18CV00047-HSO-JCG**

**HUNT SOUTHERN GROUP, LLC FKA**
**FOREST CITY SOUTHERN GROUP, LLC,**
**FOREST CITY RESIDENTIAL MANAGEMENT, LLC,**
**HUNT MH PROPERTY MANAGEMENT, LLC,**
**UNKNOWN JOHN AND JANE DOES A THROUGH M, AND**
**OTHER UNKNOWN CORPORATE ENTITIES N THROUGH Z**          **DEFENDANTS**

**NOTICE OF DISMISSAL**

COME NOW Plaintiffs, Jason Schooling, Amanda Schooling and Beau Schooling, a Minor, by

and through his natural guardians, Jason Schooling and Amanda Schooling, by and through their

attorneys, Rushing & Guice, P.L.L.C., and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules

of Civil Procedure hereby give notice that this action is dismissed without prejudice as to

Defendant, Forest City Residential Management, LLC, only, as said Defendant has served

neither an answer nor a motion for summary judgment.

Respectfully submitted this the 19th day of March, 2018.

**RUSHING & GUICE, P.L.L.C.**

BY:     /s/ William Lee Guice III
        WILLIAM LEE GUICE III, MSB#5059
        MARIA MARTINEZ, MSB#9951
        Post Office Box 1925
        Biloxi, MS 39533 1925
        Phone: 228 374 2313     Fax: 228 875 5987
        MMartinez@RushingGuice.com
        BGuice@RushingGuice.com
        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading or other paper with the Clerk of the Court using the CM/ECF filing system, which sent notification of such filing to the following:

Joshua J. Metcalf
FORMAN WATKINS & KRUTZ LLP
210 East Capitol Street
Suite 2200
Jackson, MS 39201
joshua.metcalf@formanwatkins.com
Attorney for Forest City Residential Management, LLC

Jennifer J. Skipper
BALCH & BINGHAM, LLP
188 East Capitol Street
Suite 1400
Jackson, MS 39201
jskipper@balch.com
Attorney for Hunt Southern Group, LLC fka
Forest City Southern Group, LLC and Hunt MH
Property Management, LLC

Further, I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

None

This the 19th day of March, 2018.

/s/ William Lee Guice III
WILLIAM LEE GUICE III